COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA
√ INITIAL APPEARANCE                               DATE: 10/31/06
❐ BOND HEARING
❐ DETENTION HEARING                              DIGITAL Recording : 2:07 - 2:09
❐ PRELIMINARY (EXAMINATION)(HEARING)                  2:16 - 2:26
❐ REMOVAL HEARING (R.40)
❐ ARRAIGNMENT

**PRESIDING MAG. JUDGE:** VANZETTA PENN MCPHERSON    **DEPUTY CLERK:** Wanda Robinson
**CASE NO:** 2:06mj107-VPM                          **DEFENDANT NAME:** Charles R. Dunlap
**AUSA:** Clark Morris                              **DEFT. ATTY:** Paul R. Cooper
                                                    Type Counsel: ( )Retained; (x) CJA; ( ) Waived; ( ) FPD

**PTSO:** Sandra Wood                               **USPO:** _____

Defendant ( ) does; (√) does NOT need an interpreter
Interpreter present  (√) NO; ( ) YES       Name:

| | |
|---|---|
| √ | Date of Arrest 10/31/06 or ❐ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges.  Prob/Sup Rel Violator |
| √ | Deft First Appearance with Counsel |
| ❐ | Deft. First Appearance without Counsel |
| √ | Requests appointed Counsel |
| √ | Financial Affidavit executed  √ *ORAL MOTION FOR APPT OF COUNSEL* |
| ❐ | *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed* |
| √ | Panel Attorney Appointed; ❐ to be appointed - prepare voucher |
| ❐ | Deft. Advises he will retain counsel.  Has retained |
| √ | ❐ Government's ORAL Motion for Detention Hrg. ❐ to be followed by written motion; √ Government's WRITTEN Motion for Detention Hrg. filed |
| √ | **Detention Hearing WAIVED in OPEN COURT** |
| ❐ | **ORDER OF TEMPORARY DETENTION PENDING HEARING** to be entered |
| ❐ | **ORDER OF DETENTION HEARING PENDING TRIAL** to be entered |
| ❐ | Release order entered. Deft advised of conditions of release |
| ❐ | **BOND EXECUTED** (M/D AL charges) $. |
| ❐ | **BOND EXECUTED** (R. 40) - deft to report to originating district as ordered |
| √ | Bond not executed. Defendant to remain in Marshal's custody |
| ❐ | Deft. ORDERED REMOVED to originating district |
| ❐ | Waiver of ❐ preliminary hearing; ❐ Waiver Rule 40 hearing |
| ❐ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| ❐ | ARRAIGNMENT ❐HELD. Plea of NOT GUILTY entered. ❐ Set for |
| ❐ | DISCOVERY DISCLOSURE DATE: |
| ❐ | NOTICE to retained Criminal Defense Attorney handed to counsel |
| ❐ | WAIVER of Speedy Trial.  CRIMINAL TERM: |

****PRELIMINARY HEARING SET FOR 11/8/06 @ 10:00 a.m.****